1  **David G. Banes, F0171**
2  **BANES HOREY BERMAN & MILLER, LLC**
   First Floor, Macaranas Building
3  4165 Beach Road, Garapan
   P.O. Box 501969
4  Saipan, MP 96950
   Tel.: (670) 234-5684
5  Fax: (670) 234-5683
   Email: dbanes@pacificlawyers.law
6
   *Attorneys for Defendant Jeju Air Co. Ltd.*
7
                IN THE DISTRICT COURT
8            FOR THE NORTHERN MARIANA ISLANDS

9
   MARI CHUNG CEPEDA, individually and  )  Case No. 1:21-CV-00018
10 as personal representative of Tae Hyang )
   Bang, deceased,                       )
11                                         )  **STIPULATION OF DISMISSAL WITH**
                                           )  **PREJUDICE**
12              Plaintiff,                 )
                                           )  Judges: Manglona, C.J.
13         vs.                             )
                                           )
14 JEJU AIR CO., LTD.,                     )
                                           )
15              Defendant.                 )
                                           )
16

17  **COME NOW** the parties to the above-entitled matter, by and through counsel, and hereby stipulate to

18 dismiss this matter with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and

19 based on a confidential settlement agreement, including all claims and defenses that have been brought or could

20 have been brought, with each party to bear her/its own attorney fees and costs.

21      SO STIPULATED AND AGREED.

22      Respectfully submitted this 8th day of November 2023.

23

24                                      LAW OFFICES OF BRUCE BERLINE
                                        *Attorney for Plaintiff Mari Chung Cepeda*
25
                                        By: /s/ *Bruce Berline*
26                                          Bruce Berline, Esq.

27

28

AARON HALEGUA, PLLC
*Attorney for Plaintiff Mari Chung Cepeda*

By: /s/ *Aaron Halegua*
　　Aaron Halegua, Esq.


BANES HOREY BERMAN & MILLER, LLC
*Attorneys for Defendant Jeju Air Co., Ltd*

By:　/s/David G. Banes
　　David G. Banes, Esq.

K:\David Banes\Civil Cases\4619-01 Cepeda v. Jeju Air Co\Drafts\4619-01-231106-D-Stipulation of Dismissal with Prejudice.doc

2