FILED
Clerk
District Court

NOV 09 2023

for the Northern Mariana Islands
By _____JP_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MARI CHUNG CEPEDA, individually and as Personal Representative of Tae Hyang Bang, deceased,<br><br>Plaintiff,<br><br>v.<br><br>JEJU AIR CO., LTD.,<br><br>Defendants. | Case No. 1:21-cv-00018<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the stipulation of the parties (ECF No. 58) under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this matter is dismissed with prejudice. Each party shall bear its own fees and costs.

The Clerk is directed to close the case.

SO ORDERED this 9TH of November, 2023.

Alex. R. Munson
Senior Judge

K:\David Banes\Civil Cases\4619-01 Cepeda v. Jeju Air Co\Drafts\Stip to Dismiss With Prejudice\4619-01-231108-D-Order of Dismissal.doc

1